UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

John Dalbec,

Plaintiff,

-vs-

Dennis Olsen, Abrasive Specialists, Inc.,

Defendants.

Civil No. 01-832 JRT/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the above-entitled action may be, and the same hereby is, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 3/12/02

Michele R. Wallace #262304
Rondoni, MacMillian & Schneider, Ltd.
505 North Hiighway 169, Suite 175
Minneapolis, Minnesota 55441
763-593-5115
Attorney for Plaintiff

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 11, 2002

Mary M. L. O'Brien #177404
Meagher & Geer, PPLP
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661
Attorney for Defendants

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

**Judge of District Court**

Dated: March 19, 2002

950058.1